# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**     \*
                          \*

     **vs.**                       \*    **CRIM. 97-020-03 (PG)**
                         \*

**RAMON SANCHEZ-ROSADO**      \*
                         \*

-----------------------------------------------\*

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   The United States Marshal
       and
       Warden, Bayamón Correctional Institution No. 503
       Bayamón, Puerto Rico

We command you, the Warden, to release RAMON SANCHEZ-ROSADO to the custody of the US Marshal for the District of Puerto Rico, or to any of his deputies, and we command you, Herman Wirshing, US Marshal for the District of Puerto Rico, to have the body of RAMON SANCHEZ-ROSADO , and take him under your custody under safe and secure conduct, and remove the said RAMON SANCHEZ-ROSADO forthwith and bring him before HONORABLE JUAN M. PEREZ-GIMENEZ, US District Court Judge, at the Federal Courthouse Building, Hato Rey, Puerto Rico, on **FRIDAY, DECEMBER 17, 2004 AT 9:30 a.m.** and any subsequent days thereafter, and that you safely and securely return said RAMON SANCHEZ-ROSADO , to the custody of the Warden, Bayamón

Crim. No. 97-020-03 (PG)
Writ of Habeas Corpus Ad Prosequendum


Correctional Institution No. 503  as soon thereafter as the hearing is concluded in accordance with the law.

        WITNESS the Honorable Juan M. Pérez-Giménez
        U. S. District Judge, United States
        District Court for the District of
        Puerto Rico, at Hato Rey, Puerto Rico
        and the Seal of said Court,
        this 6th  day of December, 2004.

        FRANCES RIOS DE MORAN
        Clerk, U. S. District Court for
        the District of Puerto Rico

        By: S/Janet González
            JANET GONZALEZ
            Deputy Clerk