IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

vs                                                        CASE NO.  3:97CR 00020-003(PG)

RAMON SANCHEZ-ROSADO,
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SUPPLEMENT TO THE MOTION FILED ON OCTOBER 25, 2004 AND FOR
CONTINUANCE OF ORDER TO SHOW CAUSE HEARING DATE

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, LUZ E. APONTE-ORTIZ, U.S. PROBATION OFFICER** of this Honorable Court, and respectfully informs as follows:

1. That on October 25, 2004, the U.S. Probation Office filed a Motion notifying supervised release violations and requested the issuance of a warrant.

2. That the motion was granted and an Order to Show Cause Hearing was scheduled for **December 17, 2004** at **9:30** a.m.

3. That the release was arrested by the Puerto Rico Police Department on October 11, 2004, on new local charges and is presently detained at the Bayamon Correctional Institution No. 503 in Bayamon, Puerto Rico.

4. That the U.S. Probation Office is in need of gathering information regarding the new offense so as to inform the Court.

**WHEREFORE,** I declare under penalty and perjury that the foregoing is true and correct. It is respectfully requested that this Honorable Court take note of the above and consider postponing the hearing until the latter part of January 2005, so as to allow the U.S. Probation Officer to obtain more information regarding the release new criminal case.

In San Juan, Puerto Rico, this 13th day of December 2004.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


s/Luz E. Aponte
Luz E. Aponte
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Tel.787-766-5842
Fax.787-766-5945
luz_aponte@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on December 13, 2004, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Warren Vazquez, Assistant U.S. Attorney and Carlos Noriega, Esq.

In San Juan, Puerto Rico, this 13th day of December 2004.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF U.S. PROBATION OFFICER


s/Luz E. Aponte
Luz E. Aponte
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
787-766-5842
787-766-5945
luz_aponte@prp.uscourts.gov