# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| vs. | * CRIM. 97-020-03 (PG) |
| **RAMON SANCHEZ-ROSADO** | * |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: The United States Marshal
and
Warden, Bayamón Correctional Institution No. 705
Bayamón, Puerto Rico

We command you, the Warden, to release RAMON SANCHEZ-ROSADO to the custody of the US Marshal for the District of Puerto Rico, or to any of his deputies, and we command you, Herman Wirshing, US Marshal for the District of Puerto Rico, to have the body of RAMON SANCHEZ-ROSADO , and take him under your custody under safe and secure conduct, and remove the said RAMON SANCHEZ-ROSADO forthwith and bring him before HONORABLE JUAN M. PEREZ-GIMENEZ, US District Court Judge, at the Federal Courthouse Building, Hato Rey, Puerto Rico, on **January 21, 2005 at 10:00 a.m.** and any subsequent days thereafter, and that you safely and securely return said RAMON SANCHEZ-ROSADO , to the custody of the Warden, Bayamón

Original &S/c to
USM on 12/16/04 p.

2

Crim. No. 97-020-03 (PG)
Writ of Habeas Corpus Ad Prosequendum

Correctional Institution No. 705   as soon thereafter as the hearing is concluded in accordance with the law.

                WITNESS the Honorable Juan M. Pérez-Giménez
                U. S. District Judge, United States
                District Court for the District of
                Puerto Rico, at Hato Rey, Puerto Rico
                and the Seal of said Court,
                this 14th   day of December, 2004.

                FRANCES RIOS DE MORAN
                Clerk, U. S. District Court for
                the District of Puerto Rico

                By: <u>S/Janet González</u>
                     JANET GONZALEZ
                     Deputy Clerk