IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAMON SANCHEZ-RIVERA, <br><br> Defendant. | Criminal No. 97-20 (PG) |

**MOTION FOR BRIEF CONTINUANCE**

TO THIS HONORABLE COURT:

 **COMES NOW** defendant Ramon Sánchez-Rivera, by and thru his undersigned attorney and to this Honorable Court, respectfully states and prays:

 1. A hearing to show cause why the supervised release term imposed in this case should not be revoked was scheduled for May 26, 2005, at 9:00 a.m.

 2. May 23, 2005, the undersigned will undergo a cardiac catheterism and possibly an angioplasty procedure at Hospital San Pablo, the outcome of which is uncertain. The condition that has prompted this procedure was disclosed to the undersigned just the day before yesterday, May 18, 2005.

U.S.A. v. Ramón Sánchez-Morales
Criminal No. 97-20 (PG)
Motion for Brief Continuance
Page 2

3. If an angioplasty is performed, the undersigned will need time to recuperate.

4. May 24 or 25, 2005, the undersigned could advise this Honorable Court and counsel for the parties of the outcome of the proceeding and the undersigned's availability for the hearing.

**WHEREFORE**, it is respectfully requested that this motion be granted and that the hearing to show cause scheduled for May 26, 2005, at 9:00 a.m. be continued briefly.

In San Juan, Puerto Rico, May 20, 2005.

Respectfully submitted,

s/ *Francisco M. Dolz Sánchez*
Francisco M. Dolz-Sánchez
USDCPR 119614
Attorney for Defendant
Ramón Sánchez-Rosado
PO Box 361451
San Juan, PR 00936-1451
Tel (787)759-8780
Fax (787)756-8004
fdolz@prtc.net

U.S.A. v. Ramón Sánchez-Morales
Criminal No. 97-20 (PG)
Motion for Brief Continuance
Page 3

**Certificate of Service**

I certify that the instant motion was filed thru the clerk's office CM/EFC system which will cause service of the filing to the parties of record.

                                                  s/ *Francisco M. Dolz Sánchez*
                                                    Francisco M. Dolz-Sánchez