Page 2

**IT IS THE JUDGMENT OF THE COURT** as to violation(s) in Standard Conditions:

"Basic" Standard Condition not commit another federal, state or local crime, and Standard Conditions #9 and #11.

Imprisonment for a total term of ___3 years to be served consecutively to the sentence imposed in Criminal Case No. 05-033 before Chief Judge Jose A. Fuste.___

Supervised release for a total term of ___N/A___ years

Fine: __None__   Special Monetary Assessment: __None__   Restitution: __None__

All terms and conditions are specified in the judgment form.

The defendant is advised of his/her right to appeal, etc.

___ Any remaining counts as to this defendant are ordered dismissed.

___ Voluntary surrender is requested.  It is ___ granted   ___ denied

_X_  Defendant is remanded to the custody of the U.S. Marshal.

Recommendations:

Brenda GONZALEZ