AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1
Case 3:97-cr-00020-PG   Document 302   Filed 10/06/2005   Page 1 of 2

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ PUERTO RICO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |

RAMON SANCHEZ-ROSADO

Case Number: 3:97CR020-03 (PG)

USM Number: 14259-069

FRANCISCO M. DOLZ-SANCHEZ, ESQ.
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  Standard Condition, & Standard Conditions 9, 11  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Standard Condition | The defendant shall not commit another federal, state or local crime. | 10/11/2004 |
| Standard Condition #11 | The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. | 10/11/2004 |
| Standard Condition #9 | The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer. | 10/11/2004 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-XXXX

Defendant's Date of  XX-XX-XX

Defendant's Residence Address:

------

Defendant's Mailing Address:

------

OCTOBER 6, 2005
Date of Imposition of Judgment

s/ Juan M. Perez-Gimenez
Signature of Judge

JUAN M. PEREZ-GIMENEZ, U. S. DISTRICT JUDGE
Name and Title of Judge

OCTOBER 6, 2005
Date

| | |
|---|---|
| DEFENDANT: RAMON SANCHEZ-ROSADO | Judgment — Page 2 of 4 |
| CASE NUMBER: 3:97CR020-03 (PG) | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **THREE (3 ) YEARS TO BE SERVED CONSECUTIVELY TO THE SENTENCE IMPOSED IN CRIMINAL CASE NUMBER 05-33 BEFORE CHIEF JUDGE JOSE A. FUSTE.**

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL