# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Scheduled Time: 9:15
Reset Time:     :
Starting Time:  9:25
Ending Time:    9:35

<u>MINUTES OF PROCEEDINGS</u>

HONORABLE JUAN M. PEREZ-GIMENEZ

COURTROOM DEPUTY: Brenda GONZALEZ          DATE:   October 6, 2005

COURT REPORTER:   Joyce DEL VALLE          **CR. NO: 97-020-03 (PG)**

COURT INTERPRETER: Annie FLORES            PO: Luz E. APONTE
==================================================================

UNITED STATES OF AMERICA              <u>Attorneys</u>:  AUSA Jenifer Hernandez

vs.

RAMON SANCHEZ-ROSADO                    Francisco M. Dolz-Sanchez, Esq.
==================================================================
The defendant is present in court.  He is __X__ under custody ___ released.

CASE CALLED FOR FINAL REVOCATION HEARING of supervised release.  After having heard both parties, the Court finds that the releasee violated the conditions of the imposed supervised release term by engaging in new criminal activities and by failing to notify the probation officer of his arrest within seventy-two hours as required.  The Court is aware that the Chapter Seven (7) Policy Statements of the Sentencing Guidelines regarding revocation of supervised release are advisory. However, should have been applied in this case, the guideline imprisonment range would have been 3 to 9 months based on a Grade C violation and a Criminal History Category of I.  Based on the seriousness of the offender's non-compliance with his supervised release conditions, the Court finds that a term of imprisonment above the advisory policy statements is warranted as authorized by the Title 18 U.S. Code, Section 3583(e)(3).  Therefore, the supervised release term imposed on May 14, 1998, is hereby **revoked**.

**IT IS THE JUDGMENT OF THE COURT** as to violation(s) in Standard Conditions:

"Basic" Standard Condition not commit another federal, state or local crime, and Standard Conditions #9 and #11.

Imprisonment for a total term of  3 years to be served consecutively to the sentence imposed in Criminal Case No. 05-033 before Chief Judge Jose A. Fuste.

Supervised release for a total term of  N/A  years

Fine:  None   Special Monetary Assessment:  None   Restitution:  None

All terms and conditions are specified in the judgment form.

The defendant is advised of his/her right to appeal, etc.

___  Any remaining counts as to this defendant are ordered dismissed.

___  Voluntary surrender is requested.  It is ___ granted ___ denied

 X   Defendant is remanded to the custody of the U.S. Marshal.

Recommendations:

s/ *Brenda Gonzalez*
Brenda GONZALEZ
Courtroom Deputy Clerk