IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RAMON SANCHEZ-ROSADO,<br>    Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Appellee. | CRIMINAL NO.: 97-020(PG) |

NOTICE OF APPEAL FROM THE JUDGMENT FOR
REVOCATION OF SUPERVISED RELEASE INSTANTER
PURSUANT TO RULE 4(b)(4) OF FED. R. CRIM. PROC.

TO THE HONORABLE COURT:

**PLEASE TAKE NOTICE**, that the defendant/appellant Ramón Sanchez-Rosado hereby appeals to the United States Court of Appeals for the First Circuit the Judgment of Revocation of Supervised Release rendered against him in this court on October 6, 2005, and said defendant appeals from each and every part of said revocation and sentence thereon, as well as from thereof.

Defendant herein respectfully request the following:

1. An Order granting extention of time to file Notice of Appeal pursuant to Rule 4(b)(4) of Fed. R. of Crim. Proc..

Rule 4(b)(4):

> "Upon a finding of excusable neglet or good cause, the district court may- before or after the time has expired, with or without motion and notice- extend the time to file a notice of appeal..."

a) Defendant's "excusable neglect" is that defendan's counsel failed to file notice of appeal. Please see U.S. v. Ferrer, 613 F2d (1st Cir. 1980), "The defendant should not be penalized for the undersigned's..."

2. An Order granting leave to proceed in **forma pauperis** on appeal.

3. An Order granting assignment of counsel for appeal, if there is no objection, please consider attorney Linda Backiel, currently appointed by the United States Court of Appeals, Case No.: 05-2497.

**WHEREFORE,** defendant/appellant prays that this Honorable Court will grant the extention of time to file this notice of appeal pursuant to Rule 4(b)(4).

RESPECTFULLY SUBMITTED,

In Guaynabo, Puerto Rico, this 13 day of December of 2005.

Ramón Sánchez-Rosado, pro-se
Reg No.: 14259-069
MDC-Guaynabo
PO Box 2147
San Juan, PR 00922-2147