## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:**    January 10, 2006

**DC #:**    97-020 (PG)

**APPEAL FEE PAID:**        YES ____    NO  X

**CASE CAPTION:**        USA    v.    Rivera-Rivera
                Defendant:    Ramón Sánchez-Rosado  (3)

**IN FORMA PAUPERIS:**    YES  X     NO ____

**MOTIONS PENDING:**        YES ____    NO  X

**NOTICE OF APPEAL FILED BY:**        Defendant

**APPEAL FROM:**        Judgment for Revocation entered on 10/06/05

**SPECIAL COMMENTS:**    Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                **VOLUMES:**

**Docket Entries**    265,270,275,280,287,288,302,304,306            I


I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

                    FRANCES RIOS DE MORAN
                    Clerk of the Court


                    S/ Xiomara Muñiz
                    Xiomara Muñiz
                    Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #:     _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk